JS-6

1  FRANK FRISENDA (S.B. #85580)
   FRISENDA, QUINTON & NICHOLSON
2  11601 Wilshire Blvd., Suite 500
   Los Angeles, CA  90025
3  Telephone:  (702)   792-3910
   Facsimile:    (702)  436-4176
4  E-Mail: frankfrisenda@aol.com
   Attorneys for Plaintiff Ever Win
5  International Corporation

6  Jon E. Hokanson  (SB#118829)
   LEWIS BRISBOIS BISGAARD &
7     SMITH LLP
   221 North Figueroa Street, Suite 1200
8  Los Angeles, California  90012
   Tele:  213/250-1800
9  E-Mail:   hokanson@lbbslaw.com
   Attorneys for Defendant
10 Eforcity Corporation

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVER WIN INTERNATIONAL CORPORATION, a California corporation,<br><br>           Plaintiff,<br><br>      v.<br><br>EFORCITY CORPORATION, a California corporation; and DOES 1 thru 10, inclusive,<br><br>           Defendants. | Case No.  CV13-04034 GW (JEMx)<br><br>FINAL CONSENT JUDGMENT AND PERMANENT INJUNCTION |

1  Plaintiff Ever Win International Corporation ("Ever Win") and eForcity
2  Corporation ("eForcity") hereby stipulate and jointly move for entry of final judgment as follows:
3  WHEREAS, Ever Win and eForcity entered into a Confidential Settlement Agreement
4  ("Settlement Agreement") that disposed of all the claims in this Action; and
5  WHEREAS, pursuant to the Settlement Agreement, Ever Win and eForcity have agreed
6  to the entry of a Final Consent Judgment and Permanent Injunction that will provide as follows:
7  1.  That this Court has subject matter jurisdiction over this action as well as personal
8  jurisdiction over Ever Win and eForcity.
9  2.  That venue is proper in this judicial district.
10  3.  That Ever Win is the owner of U.S. Design Patent No. D624,501S " (the '501
11  patent").
12  4.  That Ever Win is the owner of U.S. Design Patent No. D626,072S "(the '072 patent).
13  5.  That Ever Win is the owner of U.S. Design Patent No. D667,377S ("the '377 patent").
14  6.  That the '501, '072 and '377 patents are hereinafter collectively referred to as "the
15  patents-in-suit".
16  7.  That Eforcity has used, manufactured, sold, offered for sale, and/or imported into the
17  U.S. versions of eForcity Universal Dual USB Mini Car Charger Adapters, Model No.
18  DOTHUSBXCC08, 09, 10, 11, 12, 13 and 14 and ID America Dual USB Car Chargers Eforcity
19  Product No. ID Y00-0608641002720, 1002737, 1002751, 1002768 (collectively "Accused
20  Products"), as depicted in Exhibits to the First Amended Complaint.
21  8.  That eForcity has used, manufactured, sold, offered for sale, and/or imported in the
22  U.S. versions of the Accused Products.
23  9.  That eForcity infringes the patents-in-suit by their use, manufacturing, sale, offer for
24  sale, and/or importation into the U.S. of the Accused Products.
25  10. Pursuant to the Patent Act, 35 U.S.C. § 283, eForcity, together with their officers,
26  members, directors, agents, servants, employee and affiliates thereof, representative and
27  attorneys, and all persons acting or attempting to act in concert or participation with them, are
28  permanently enjoined and restrained from making, using, offering to sell, selling, or distributing

- 2 - FINAL CONSENT JUDGMENT AND PERMANENT INJUNCTION

within the United States, its territories and possession, or by importing into the United States, its territories and possession, the Accused Products, or any other goods that are no more than colorable variations thereof and that infringe the patents-in-suit, during the life of the patents-in-suit.

11. The Final Judgment be entered in favor of Ever Win against eForcity on Ever Win's causes of action for infringement of the patents-in-suit.

12. That the claims asserted in this litigation, be dismissed with prejudice.

13. That no other or further relief be granted to Ever Win or eForcity with respect to each other.

14. That Ever Win and eForcity affirmatively waive any and all rights to appeal this Final Consent Judgment and Permanent Injunction.

15. That each party will bear its own costs and attorneys' fees for this action.

16. That this Court retain jurisdiction to monitor and enforce compliance with the Permanent Injunction.

IT IS SO STIPULATED AND AGREED.

FRISENDA, QUINTON & NICHOLSON

LEWIS BRISBOIS BISGAARD & SMITH

By_____
  Frank Frisenda
  Attorneys for Plaintiff
  Ever Win International Corp.

By_____
  Jon E. Hokanson
  Attorneys for Defendant
  eForcity Corporation

IT IS SO ORDERED AND DECREED, AND FINAL JUDGMENT IS HEREBY ENTERED.

DATED: March 21, 2014

_____
GEORGE H. WU, U.S. District Judge

FINAL CONSENT JUDGMENT AND PERMANENT INJUNCTION